**O'NEILL, P.C.**
Sean M. O'Neill (State Bar #277854)
1879 Lundy Ave., Ste. 169
San Jose, CA 95131
Tel.: (510) 933-8321
Fax: (510) 259-9622
Email: sean@oneillplc.com

Attorneys for Defendants Jim Yan Louie and Christine Nian Louie.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. ESTATE OF WILLIAM ARTEMUS<br><br>RELATOR,<br><br>vs.<br><br>JIM YAN LOUIE AKA JIM Y LOUIE AKA JIM LOUIE AKA J YAN LOUIE AKA JIM NYAN LOUIE AKA JIM N. LOUIE, CHRISTINE NIAN LOUIE AKA CHRISTINE N. LOUIE AKA CHRISTINE NINA LOUIE AKA SONG ZHAO AKA SONG J. LOUIE and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 23-CV-03950 LJC**<br><br>**DEFENDANTS' JIM YAN LOUIE AND CHRISTINE NIAN LOUIE'S MOTION TO SUBSTITUTE LAW FIRM; ORDER**<br><br>TRIAL DATE: 06/16/2025<br>ACTION FILED: 08/07/2023 |

O'NEILL, P.C.
1879 LUNDY AVE., STE. 169
SAN JOSE, CA 95131

On behalf of Defendants Jim Yan Louie and Christine Nian Louie, the following attorneys:

(1)    move to substitute as counsel of record.

(2)    certify they are members in good standing of this Court's bar.

(3)    attest to the consent of current counsel to be withdrawn, and

(4)    attest to the consent of the party represented.

New counsel seeking to appear and firm name:

Sean M. O'Neill, Cal. Bar No. 277854
O'NEILL, P.C.
1879 Lundy Ave., Ste. 169
San Jose, CA 95131
Telephone:    (510) 933-8321
Fax:            (510) 259-9622
Email:         sean@oneillplc.com

Counsel withdrawing from representation and firm name:

David Semel, Cal. Bar No. 203431
FRIED, WILLIAMS & GRICE CONNER LLP
625 Market Street, 4th Floor
San Francisco, CA 94105
Telephone:    415-421-0100
Email:         dsemel@friedwilliams.com


Date: February 3, 2025

///
///
///
///
///
///
///
///
///
///
///

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: February 11, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Defendants' **Jim Yan Louie and Christine Nian Louie's Motion To Substitute Law Firm; Order**

O'NEILL, P.C.
1879 LUNDY AVE., STE. 169
SAN JOSE, CA 95131