UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JIM YAN LOUIE, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-03950-LJC<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant intends to bring a motion for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure. That Rule provides that such a motion must be filed "early enough not to delay trial." Fed. R. Civ. P. 12(c). The Court therefore sets the following expedited briefing schedule:

(1) Defendants shall file their motion no later than March 27, 2025, not exceeding fifteen pages.

(2) Relator shall file its opposition brief no later than April 3, 2025, not exceeding fifteen pages.

(3) Defendants may file a reply no later than April 8, 2025, not exceeding ten pages.

(4) If necessary, a hearing will occur on April 15, 2025 at 1:30 PM in Courtroom G. The Court reserves the option to vacate the hearing and decide the matter on the papers.

Given the late stage of the case, it does not appear that sufficient time would remain before trial to consider amended pleadings (and any challenge to amended pleadings) if any defect in Relator's Complaint might otherwise warrant dismissal with leave to amend. The parties should therefore be prepared to address in their briefs whether any defect in the Complaint could be cured by amendment, and if so, how that should affect the Court's consideration of the motion at this

phase of the case. *See MicroTechnologies, LLC v. Autonomy, Inc.*, No. 15-cv-02220-JCS, 2018 WL 4538782, at *7 (N.D. Cal. Sept. 21, 2018) (denying a motion for judgment on the pleadings where any potential dismissal would be with leave to amend and the case schedule did not allow sufficient time before trial for amendment).

**IT IS SO ORDERED.**

Dated: March 20, 2025

LISA J. CISNEROS
United States Magistrate Judge