Jason Hain (State Bar No. 295721)
LAW OFFICES OF JASON HAIN
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 831-227-6892
Facsimile: 415-795-9692

*Attorney for RELATOR*
ESTATE OF WILLIAM ARTEMUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. ESTATE OF WILLIAM ARTEMUS,<br><br>　　　　RELATOR,<br><br>vs.<br><br>JIM YAN LOUIE AKA JIM Y LOUIE AKA JIM LOUIE AKA J YAN LOUIE AKA JIM NYAN LOUIE AKA JIM N. LOUIE, CHRISTINE NIAN LOUIE AKA CHRISTINE N. LOUIE AKA CHRISTINE NINA LOUIE AKA SONG ZHAO AKA SONG J. LOUIE and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 23-CV-03950 LJC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE CASE** |

　　　Relator and all Defendants (hereinafter "Parties"), by and through undersigned counsel, hereby stipulate, through their counsel of record, that the parties have settled this action and request that it shall be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　　The Parties stipulate that the Court shall retain jurisdiction to enforce the settlement.

　　　IT IS SO STIPULATED.

Dated: August 11, 2025

　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JASON HAIN

　　　　　　　　　　　　　　　　　　　Jason Hain Esq.
　　　　　　　　　　　　　　　　　　　Attorney for RELATOR,
　　　　　　　　　　　　　　　　　　　ESTATE OF WILLIAM ARTEMUS

1
2
3
4
5  Dated: August 11, 2025                                      **O'NEILL, P.C.**
6                                                              _____
7                                                              Sean M. O'Neill, Esq.
                                                               Attorneys for Defendants
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO DISMISS ENTIRE CASE Page 2 of 3

## ORDER

**IT IS HEREBY ORDERED:**

1.   This action shall be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2.   The Court shall retain jurisdiction to enforce the settlement.

**IT IS SO ORDERED.**

Dated: August 11, 2025

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge